JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA ALVAREZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS PACKAGED FOODS, LLC, a limited liability company; CONAGRA BRANDS, INC., a Delaware corporation<br><br>Defendants. | Case No.: 2:21-cv-09005-SPG-MRW<br>*Assigned for All Purposes to the Honorable Sherilyn Peace Garnett, Courtroom 5C*<br><br>**ORDER GRANTING JOINT STIPULATION FOR REMAND OF ACTION TO THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES**<br><br>*Filed concurrently with Stipulation*<br><br>PAGA Case No.<br>LWDA-CM-847785-21:   10/08/2021<br>State Action Filed:            10/21/2021<br>Removed:                       11/17/2021<br>FAC Filed:                     05/05/2022<br>Fact Discovery Cut-off:        12/01/2022<br>Expert Discovery Cut-off:      02/13/2023<br>Class Cert. Filing Deadline:   03/15/2023<br>Summ. J. Filing Deadline:      05/15/2023<br>Trial Date:                    None Set |

## ORDER GRANTING REMAND

The Court in this matter, *Alvarez v Conagra Foods Packaged Foods, LLC, et. al* Case No. 22:21-cv-09005-SPG-MRW, having reviewed Plaintiff Hilda Alvarez's and Defendants Conagra Foods Packaged Foods, LLC and Conagra Foods Packaged Foods Conagra Brands, Inc.'s May 18, 2023, Stipulation to remand this Action to the California Superior Court for the County of Los Angeles, and for GOOD CAUSE appearing, HEREBY ORDERS the following:

1. The Court hereby vacates all pre-trial dates and deadlines in this case; and
2. The Court remands this case to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

DATED: May 22, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Remanding Action to The California Superior Court for the County of Los Angeles ((]Case No. 2:21-cv-09005-SPG-MRW)